UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DMB ASSOCIATES, INC.; DMB DEVELOPMENT, LLC; DMB/HIGHLANDS GROUP, LLC; LAHONTAN, LLC; LAHONTAN GOLF CLUB; DMB REALTY, INC.; MARTIS CAMP REALTY, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01035-TLN-KJN<br><br>**ORDER GRANTING STIPULATED APPLICATION FOR EXTENSION OF TIME FOR DMB REALTY, INC. TO FILE RESPONSE TO COMPLAINT** |

The Court, having reviewed the Stipulated Application for Extension of Time for DMB Realty, Inc. to File Response to Complaint, and good cause appearing:

IT IS HEREBY ORDERED that the deadline for Defendant DMB Realty, Inc. to file a response to the Complaint is extended to August 10, 2020.

DATED: July 31, 2020

_____
Troy L. Nunley
United States District Judge

FENNEMORE CRAIG, P.C.
PHOENIX