UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>Plaintiff,<br><br>v.<br><br>DMB ASSOCIATES, INC.; DMB DEVELOPMENT, LLC; DMB/HIGHLANDS GROUP, LLC; LAHONTAN, LLC.; LAHONTAN GOLF CLUB; DMB REALTY, INC.; MARTIS CAMP REALTY, INC.;<br><br>Defendants. | No. 2:20-cv-01035-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (DOC. 31) AND RESCHEDULE MOTION HEARING** |

The Court, having reviewed the Stipulation to Extend Time to Respond to Motion to Dismiss (Doc. 31) and Reschedule Motion Hearing, and good cause appearing:

IT IS HEREBY ORDERED that the Motion Hearing for the Motion to Dismiss (Doc. 31) shall be reset for December 17, 2020 at 2:00 p.m. PST. Plaintiff shall file his response brief on or before November 19, 2020. Defendant Martis Camp Realty, Inc. shall file its reply brief on or before December 3, 2020.

DATED:  October 23, 2020

Troy L. Nunley
United States District Judge