UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>Plaintiff,<br><br>v.<br><br>DMB ASSOCIATES, INC.; DMB DEVELOPMENT, LLC; DMB/HIGHLANDS GROUP, LLC; LAHONTAN, LLC.; LAHONTAN GOLF CLUB; DMB REALTY, INC.; MARTIS CAMP REALTY, INC.;<br><br>Defendants. | No. 2:20-cv-01035-TLN-KJN<br><br>**ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER (DOC. 3)** |

The Court, having reviewed the Joint 26(f) Report and Joint Request to Modify the Initial Pretrial Scheduling Order, and good cause appearing:

IT IS HEREBY ORDERED that the all discovery, with the exception of expert discovery, shall be completed no later than July 9, 2021. The length of time for other deadlines shall remain the same as specified in the Initial Pretrial Scheduling Order (Doc. 3), and are set in reference to the new date for close of fact discovery, July 9, 2021.

DATED: October 30, 2020

Troy L. Nunley
United States District Judge