UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI, | Case No.: 2:20-cv-01035-TLN-KJN |
| Plaintiff, | Honorable Troy L. Nunley |
| v. | |
| DMB ASSOCIATES, INC.; DMB DEVELOPMENT, LLC; DMB/HIGHLANDS GROUP, LLC; LAHONTAN, LLC; LAHONTAN GOLF CLUB; DMB REALTY, INC.; MARTIS CAMP REALTY, INC.; | **ORDER EXTENDING FACT DISCOVERY CUTOFF** |
| Defendants. | |

The Court, having received the Stipulation and [Proposed] Order For Extension Of Fact Discovery Cutoff And Modification Of Pretrial Scheduling Order executed by and through counsel of record for all parties to this action, and good cause appearing therefore,

HEREBY ORDERS that all discovery, with the exception of expert discovery, shall be completed no later than May 9, 2022. The length of time for other deadlines shall remain the same as specified in the Initial Pretrial Scheduling Order (Doc. 3) and are set in reference to the new date for close of fact discovery, May 9, 2022.

DATED:  September 13, 2021

Troy L. Nunley
United States District Judge