# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JOSEPH R. TOMELLERI,

     Plaintiff,

    v.

DMB ASSOCIATES, INC., et al.

     Defendants.

No.  2:20-cv-01035-TLN-KJN

Honorable Troy L. Nunley

**ORDER EXTENDING FACT DISCOVERY CUTOFF**

The Court, having received the Stipulation for Extension of Fact Discovery Cutoff and Modification of Pretrial Scheduling Order executed by and through counsel of record for all parties to this action, and good cause appearing therefore,

HEREBY ORDERS that all discovery, with the exception of expert discovery, shall be completed no later than September 9, 2022. The length of time for other deadlines shall remain the same as specified in the Initial Pretrial Scheduling Order (Doc. 3) and are set in reference to the new date for close of fact discovery, September 9, 2022.

DATED: April 1, 2022

_____
Troy L. Nunley
United States District Judge

1
**ORDER EXTENDING FACT DISCOVERY CUTOFF**