# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JOSEPH R. TOMELLERI,

Plaintiff,

v.

DMB ASSOCIATES, INC., et al.

Defendants.

No. 2:20-cv-01035-TLN-KJN

Honorable Troy L. Nunley

**ORDER STAYING ALL DEADLINES PENDING FINALIZATION OF SETTLEMENT AGREEMENT**

The Court, having received the parties' Stipulated Motion and [Proposed] Order to Stay All Deadlines Pending Finalization of Settlement Agreement, and good cause appearing, therefore,

IT IS HEREBY ORDERED as follows:

All pending deadlines shall be stayed for thirty (30) days pending finalization of the parties' written Settlement Agreement. All upcoming hearings shall be taken off calendar.

If the parties do not dismiss the case within 30 days of this Order, then within 10 days thereof they shall file a joint status report regarding the status of their settlement efforts and either jointly propose a new case management order or provide good cause why the stay should be maintained.

IT IS SO ORDERED

DATED: May 24, 2022

Troy L. Nunley
United States District Judge